## OTIS AKERS v. THE STATE.

**1.—Robbery—Judgment Affirmed.**

In the absence of a statement of facts and bills of exception, the indictment and proceedings thereon being regular, the judgment is affirmed.

**2.—Same—Rehearing—Certiorari—Rule Stated.**

Where the procedure pointed out in the statute with reference to the pauper's affidavit or a statement of facts had not been followed, this court will refuse to order the court stenographer to prepare such statement, and the writ of *certiorari* is denied. Following Akers v. State, 249 S. W. Rep., 848.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable C. A. Pippin.

Appeal from a conviction of robbery; penalty, seven years in the penitentiary.

Opinion states the case.

*Otis Akers,* for the appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery; punishment fixed at confinement in the penitentiary for a period of seven years.

The indictment is regular; no facts are brought up for review, and no rulings of the trial court are brought forward for revisions by bill of exceptions.

The judgment is affirmed.

*Affirmed.*

ON REHEARING.

May 23, 1923.

MORROW, PRESIDING JUDGE.—In his motion for rehearing appellant applies for a writ of certiorari to require the court stenographer to prepare and forward to this court a statement of facts. Appended to the motion is a copy of an affidavit in which the appellant makes oath that he was unable to pay the costs of appeal. In order to justify this court in granting such an application, it would be necessary that it appear that the affidavit was presented to the court. See Ex parte Fread, 83 Texas Crim. Rep. 467. No such action is revealed in the present case. The procedure pointed out in Article 845a, C. C. P., upon which the right to the statement of facts under the circumstances is based not having been followed, we have no

choice but to refuse to order the court stenographer to prepare a statement of facts. See also Akers v. State, 249 S. W. Rep. 848.

The application for writ of certiorari is denied, and the motion for rehearing is overruled.

*Overruled.*